# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| GLORIA M. JOHNSON, | ) | |
|       Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:07-CV-00938-N |
| | ) | |
| COMMISSIONER OF THE | ) | |
| SOCIAL SECURITY ADMINISTRATION, | ) | |
|       Defendant. | ) | |

## REPORT AND RECOMMENDATION

Defendant's Unopposed Motion for Remand of this Social Security Appeal is before the United States Magistrate Judge for report and recommendation. The Court has considered the motion and brief and Defendant's certificate of conference stating that Plaintiff does not oppose remand of this cause for further administrative proceedings.

In her Complaint, Plaintiff presents the issue of her "delayed retirement credits." This issue has not been addressed by the Agency. Plaintiff does not oppose Defendant's motion for remand. The Court finds that Plaintiff has issues pending at an Agency Field Office that have not been administratively decided. Accordingly, the Court recommends that the District Court grant Defendant's Unopposed Motion for Remand and order that this cause be remanded to the Commissioner of Social Security for further administrative proceedings pursuant to the sixth sentence of 42 U.S.C. § 405(g).

So RECOMMENDED, August 20, 2007.

PAUL D. STICKNEY
UNITED STATES MAGISTRATE JUDGE

## INSTRUCTIONS FOR SERVICE AND
## NOTICE OF RIGHT TO APPEAL/OBJECT

The United States District Clerk shall serve a true copy of these findings, conclusions and recommendation on the parties. Pursuant to Title 28, United States Code, Section 636(b)(1), any party who desires to object to this report and recommendation must serve and file written objections within ten days after being served with a copy. A party filing objections must specifically identify those parts of the report and recommendation to which objections are being made. The District Court need not consider frivolous, conclusory or general objections. A party's failure to file such written objections to this report and recommendation shall bar that party from a *de novo* determination by the District Court. *See Thomas v. Arn*, 474 U.S. 140, 150 (1985). Additionally, any failure to file written objections to the report and recommendation within ten days after being served with a copy shall bar the aggrieved party from appealing the report and recommendation, except upon grounds of plain error. *See Douglass v. United Services Auto. Ass'n*, 79 F.3d 1415, 1417 (5th Cir. 1996) (en banc).