U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
AUG 2 2 2007
CLERK, U.S. DISTRICT COURT
By
Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| GLORIA M. JOHNSON,<br>      Plaintiff,<br><br>v.<br><br>COMMISSIONER OF THE<br>SOCIAL SECURITY ADMINISTRATION,<br>      Defendant. | No. 3:07-CV-00938-N |

## ORDER ACCEPTING THE REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The Court has under consideration the Report and Recommendation of United States Magistrate Judge Paul D. Stickney. The District Court reviewed the proposed Report and Recommendation de novo. The Court finds no error and accepts the Report and Recommendation of the United States Magistrate Judge. Defendant's unopposed Motion to Remand is GRANTED. The case is remanded to the Commissioner of Social Security for further administrative proceedings pursuant to the sixth sentence of 42 U.S.C. § 405(g).

**SO ORDERED** this 22 day of Aug, 2007.

DAVID C. GODBEY
UNITED STATES DISTRICT JUDGE