IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| GLORIA M. JOHNSON, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | No. 3:07-CV-938-N (BF) |
| | § | |
| CAROLYN W. COLVIN, | § | |
| Commissioner of Social Security, | § | |
| | § | |
| Defendant. | § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

After making an independent review of the pleadings, files, and records in this case, and the Findings, Conclusions, and Recommendation of the United States Magistrate Judge dated May 21, 2014, the Court finds that the Findings, Conclusions, and Recommendation of the Magistrate Judge are correct and they are accepted as the Findings, Conclusions, and Recommendation of the Court.

**IT IS, THEREFORE, ORDERED** that the Findings, Conclusions, and Recommendation of the United States Magistrate Judge are accepted.

The final decision by the Commissioner of Social Security finding that Plaintiff Gloria M. Johnson was not entitled to delayed retirement credits under section 202(w) of the Social Security Act, 42 U.S.C. § 402(w) is AFFIRMED.

**SO ORDERED** June 16, 2014.

_____
DAVID C. GODBEY
UNITED STATES DISTRICT JUDGE